%JS 45 (5/97) - (Revised USAO MA 11/15/05)   O9mj

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Springfield

**County** Hampden

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Mani M. Batchu    Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 333 East Ontario St. 2112, Chicago, IL 60139

**Birth date (Year only):** 1979    **SSN (last 4 #):** 2786    **Sex** M    **Race:** _____    **Nationality:** _____

**Defense Counsel if known:** Francis T. O'Brien, Jr.    **Address:** One Constitution Center, Boston, MA 02129

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Kevin O'Regan    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Victims:** ☒ Yes ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☒ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** September 17, 2009

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☒ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 17, 2009    **Signature of AUSA:**

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Mani M. Batchu

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18:2423(a) | **Transportation Of A Minor With Intent To** Engage In Criminal Sexual Activity | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**