UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 09mj-711
)
MANI M. BATCHU, )
)
Defendant. )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C.§ 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all the apply):

    __X__ Crime of violence (18 U.S.C.§ 3156)

    __X__ Maximum sentence life imprisonment or death

    ____ 10 plus years drug offense

    ____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant under U.S.C.§ 3142(e). (If yes) The presumption applies because (check one or both):

    \_\_\_\_ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C.§ 924(c)

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4.  <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3)

5.  <u>Witnesses</u>. The United States intends to call the following witnesses:

    _____

    _____

    _____

    The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6.  <u>Other Matters</u>.

    _____

    _____

    _____

                            Respectfully submitted,

                            MICHAEL K. LOUCKS
                            Acting United States Attorney

            By:      /s/ Kevin O'Regan
                            KEVIN O'REGAN
                            Assistant U.S. Attorney

Dated: September 17, 2009

## CERTIFICATE OF SERVICE

Hampden, ss.                      Springfield, Massachusetts
                                  September 17, 2009

    I, Kevin O'Regan, Assistant U.S. Attorney, do hereby certify that I will serve a copy of the foregoing by handing said motion to the defendant.

                                    /s/ Kevin O'Regan
                                    KEVIN O'REGAN
                                    Assistant U.S. Attorney