UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 10-30008-MAP |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| MANI M. BATCHU | ) | 18 U.S.C. § 2423(a) |
| also known as "Mark Taylor," | ) | Transportation Of A Minor To Engage In |
| Defendant. | ) | Criminal Sexual Activity |
| | ) | |
| | ) | 18 U.S.C. § 2423(b) |
| | ) | Interstate Travel For The Purpose Of |
| | ) | Engaging In Illicit Sexual Conduct With A |
| | ) | Minor |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | Use Of Facility Of Interstate Commerce To |
| | ) | Entice Minor To Engage In Criminal Sexual |
| | ) | Activity |
| | ) | |
| | ) | 18 U.S.C. § 2251(a) |
| | ) | Sexual Exploitation Of A Minor |
| | ) | |
| | ) | 18 U.S.C. §2252(a)(4)(B) |
| | ) | Possession Of Material Involving The |
| | ) | Sexual Exploitation Of A Minor |
| | ) | |
| | ) | 18 U.S.C. §§ 2428, 2253 and |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | Asset Forfeiture Allegations |

**UNITED STATES' BILL OF PARTICULARS**
**FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On April 1, 2010, a federal grand jury sitting in the District of Massachusetts returned an

eight-count Indictment charging defendant Mani M. Batchu (the "Defendant") with Transportation of a Minor to Engage in Criminal Sexual Activity, in violation of 18 U.S.C. § 2423(a) (Count One); Interstate Travel for the Purpose of Engaging in Illicit Sexual Conduct With a Minor, in violation of 18 U.S.C. § 2423(b) (Counts Two through Four); Use of Facility of Interstate Commerce to Entice Minor to Engage in Criminal Sexual Activity, in violation of 18 U.S.C. § 2422(b) (Count Five); Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a) (Counts Six and Seven); and Material involving the Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count Eight).

The Indictment also contained Asset Forfeiture Allegations, which gave the Defendant notice that the United States sought forfeiture of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses, and any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of the offenses pursuant to 18 U.S.C.§ 2428, including, without limitation: 1) one silver 2002 Lexus IS 300, bearing Vehicle Identification Number JTHBD192820035037 and Illinois Registration Number VBATCHU; 2) one Apple MacBook Pro bearing serial number W8734MNOZ5W; and 3) one Apple MacBook Pro bearing serial number W8928JY566D.  Additionally, the Asset Forfeiture Allegations gave the Defendant notice that the United States sought forfeiture of any matter which contains visual depictions produced, transported, mailed, shipped, or received in violation of 18 U.S.C.§ 2251, any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations, and any property, real or personal, used or intended to be used to commit or to promote the commission of the violations or any property traceable to such property pursuant to 18 U.S.C. § 2253, including, without limitation, 1) one Apple MacBook Pro bearing serial

number W8734MNOZ5W; and 2) one black SanDisk Cruzer Micro 2.0 GB flash USB memory drive bearing number BE06063BB.

The United States hereby gives notice that it is seeking forfeiture of the following specific property, without limitation, pursuant to the Forfeiture Allegation of the Indictment, in addition to the assets identified in the Indictment:

one silver Casio Exilim 3.2 MP digital camera bearing serial number 1290444A.

                                          Respectfully submitted,

                                          CARMEN M. ORTIZ
                                          United States Attorney

                          By:    /s/ Veronica M. Lei
                                          STEVEN H. BRESLOW
                                          Assistant U.S. Attorney
                                          VERONICA M. LEI
                                          Special Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          300 State Street, Suite 230
                                          Springfield, MA 01105
Dated: April 9, 2010                      (413) 785-0235

CERTIFICATE OF SERVICE

I, Veronica M. Lei, Special Assistant U.S. Attorney, hereby certify that the foregoing United States' Bill of Particulars for Forfeiture of Assets was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          /s/ Veronica M. Lei
                                          VERONICA M. LEI
                                          Special Assistant U.S. Attorney

Dated: April 9, 2010