UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 10-30008-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| MANI M. BATCHU, | ) | |
| | ) | |
| Defendant. | ) | |

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Carmen M. Ortiz, United States Attorney for the District of Massachusetts, through the undersigned Assistant U.S. Attorney, and Richard N. Foley, counsel for the defendant Mani M. Batchu, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. On May 3, 2010, the defendant was arraigned on the above-captioned indictment. The defendant has been in federal custody since September 17, 2009, when he was arrested based upon a prior Complaint.

2. On May 3, 2010, at the United States Attorney's Office, defense counsel reviewed a small percentage of alleged child pornography and other evidence. On May 14, 2010, the government provided defense counsel with automatic discovery, including 2,888 pages of records and numerous compact discs containing other voluminous material, pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts. The government provided additional discovery on May 17, 20, 25, and 27, 2010.

3. Defense counsel requests that relief should be granted from the otherwise applicable timing requirements imposed by L.R. 116.3, in light of the extensive discovery provided by the government, which includes voluminous documents and at least three computer media that contain

hundreds of images and videos that the government alleges depict child pornography. The government has no objection to this request.

4. On May 14, 2010, the government requested reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(D), but has not yet received a response. On May 14, 2010, the government demanded, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, written notice of the defendant's intention to offer a defense of alibi, but has not yet received a response. Defense counsel expects to respond upon its complete review of the government's discovery.

5. Defense counsel believes that it is premature to request discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E).

6. The government does not anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests, except as follows: (1) the government expects to receive additional information from Nova Southeastern University; and (2) the government expects to apply (again) for a search warrant for the defendant's silver Casio Exilim 3.2 MP digital camera bearing serial number 1280444A.

7. The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

8. On May 3, 2010, this Court presided over the defendant's arraignment, and the defense filed a Notice Re: Automatic Discovery stating that no waiver will be filed and requesting that the government provide automatic discovery in accordance with L.R. 116.1(C) (Document 30).

9. The parties jointly request a continuance for the period from May 3, 2010 to July 9, 2010, and that this period should be excluded pursuant to Local Rule 112.2(A)(2) and 18 U.S.C. § 3161(h)(7)(A), to permit the defense to review the discovery, develop its own discovery, consider

its discovery requests and/or motions, and engage in plea negotiations with the government, which provide the basis for the Court to find that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

10. The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea. The government expects that a trial on the instant indictment will last approximately four weeks.

11. The parties agree that it is premature to establish a Final Status Conference at this time and request an Interim Status Conference on July 9, 2010.

                                                Respectfully submitted,

                                                CARMEN M. ORTIZ
                                                United States Attorney

                                                /s/ Steven H. Breslow
                                                STEVEN H. BRESLOW
                                                Assistant United States Attorney

                                                /s/ Richard N. Foley
                                                RICHARD N. FOLEY
                                                Counsel for Mani M. Batchu

Dated: June 8, 2010

CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts
                                                June 8, 2010

    I, Steven H. Breslow, Assistant U.S. Attorney, hereby certify that the foregoing was filed by ECF and will be sent by electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Steven H. Breslow
                                     STEVEN H. BRESLOW
                                     Assistant United States Attorney