UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S

2010 NOV 23  ᴘ 5: 20

U.S. DISTRICT COURT
DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | 10-CR-30008-KPN |
| ) | |
| ) | |
| MANI BATCHU ) | |

## MOTION TO SUPPRESS II

NOW COMES Mani Batchu, defendant in the above captioned matter who moves this Honorable Court to suppress as use as evidence all evidence acquired as a result of the illegal seizure of his vehicle and it's content and the subsequent warrantless search of the vehicles contents including but not limited to the contents of the defendant's laptop computer and camera.

1. As grounds for this motion your defendant sets forth the following:

2. On or about August 6, 2009 your defendant was arrested by members of Connecticut law enforcement.

3. As a result of the defendant's arrest the rental car that he possessed was seized, searched and items of the defendant's were seized from the vehicle.

4. All items were seized without probable cause that they were instruments of any crime were seized without a warrant and not pursuant to any exception to the warrant requirement of the United

States Constitution or the Constitution of the State of Connecticut.

5. After seizure but without probable cause that it contained any instruments of any crime members of law enforcement searched the defendant's property including but not limited to his laptop without a warrant and not pursuant to any exception to the warrant requirement of the United States Constitution or the Constitution of the State of Connecticut.

6. Said property of the defendant was held by members of Connecticut law enforcement without a warrant and turned over to Federal Agents rather than the defendant or his representative.

7. While in Connecticut law enforcement custody the contents of the laptop were observed and the information was passed onto Federal law enforcement.

8. As a result of the illegally obtained information from Connecticut law enforcement, Federal law enforcement subsequently obtained search warrants to search the defendant's property and obtained evidence which upon information and belief will be introduced at any trial upon this matter.

9. All evidence whether visual oral or tangible was obtained by Federal law enforcement as 'fruits of the poisonous tree' in contravention of the defendant's rights under the 4th, 5th and 6th Amendments to the United States Constitution and the Constitution of the State of Connecticut.(see Memorandum of Law in Support of Motion to Suppress annexed hereto and incorporated herein).

WHEREFORE your defendant respectfully requests that this Honorable court suppress all evidence whether oral, tangible or physical acquired as a result of the illegal interrogation of the defendant and subsequent searches resulting therefrom.

                                  Respectfully submitted,
                                  MANI BATCHU
                                  By his attorney,

                                  Richard N. Foley, Esq.
                                  55 Market Street 2B
                                  Portsmouth, NH 03801
                                  603.433.1303
                                  Bar No. 553321

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the within Motion to Suppress II, Memorandum in Support of Motion to Suppress II have been served upon the Government IN HAND.

                                  Richard N. Foley, Esq.