UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
V. ) 10-CR-30008-KPN
)
)
MANI BATCHU )

## SENTENCING MEMORANDUM

NOW COMES Mani Batchu, defendant in the above captioned matter, by and through his attorney Richard N. Foley who submits this Sentencing Memorandum to aid this Honorable Court in arriving at a sentence that is sufficient, but not greater than necessary.

The Supreme Court held in United States v. Booker that the mandatory nature of the sentencing guidelines system violated the Sixth Amendment of the United States Constitution. 543 U.S. 220, 226-27, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Rather the sentencing guidelines are truly guidelines, merely advisory, and are not binding on the sentencing court. Id at 245, 125 S.Ct.738.

"The Guidelines are not the only consideration, (and) the district court judge should consider all of the Section 3553(a) factors" Gall v. United States ___U.S.___, 128 S.Ct. 596, 169 L.Ed.2d 445 (2007).

The sentencing court "may not presume that the Guidelines range is reasonable" but rather must "make an individualized assessment

based on the facts presented" Id 128 S.Ct. at 597.

The sometimes conflicting issues between the Sentencing Guidelines and the other factors in Title 18 section 3553(a) is highlighted by the subject of this very case, a child exploitation-related offense.

This issue was addressed in U.S. v. Shipley 560 F.Supp. 739 (S.D.Iowa 2008).

Philip Allen Shipley pled guilty to receiving visual depictions of minors engaged in sexually explicit conduct. The Guideline Range was 210 to 240 months. Nevertheless the Sentencing Court imposed an incarceration sentence of 90 months. Passim.

The Court found that "...the guidelines for child exploitation offenses were not developed using an empirical approach by the Sentencing Commission, but rather were mainly promulgated in response to statutory directives. Specifically, the Project Act directly amended guideline 2G(2.2) by amending the guideline enhancements for specific offense characteristics. These modifications do not appear to be based on any sort of empirical data, and the Court has been unable to locate any particular rationale for them beyond the general revulsion that is associated with child exploitation-related offenses...(T)hus, because the guidelines at issue in this case do not reflect the unique institutional strengths of the Sentencing Commission in that they are not based on study, empirical research, and data,...this Court 'affords them less deference than it would to empirically-grounded guidelines.'"

The nature and circumstances of the instant offense and the history and characteristics of the defendant warrant a 120 month sentence which is sufficient but not greater than necessary to address the sentencing factors of Title 18 section 3553.

The defendant has done significant honorable civil service to this country coupled with his complete lack of criminal history and the shame he feels for his conduct warrants this sentence. The Court has received numerous letters regarding the character of the Defendant. Thje letters describe an intelligent, thoughtful and honorable man, always willing to help others when needed.

Based upon his situation personally and culturally there is no concern that the defendant will recidivate. He has led a law abiding life and there is reason to believe that he would return

He has been significantly punished already with the passing of his father while incarcerated and his present as well as future inability to assist his mother who struggles with life due to her mental illness that together with the stigma that he will carry through life and the loss of his ability to practice medicine, a long and hard earned accomplishment that is now gone, will punish him for the rest of his life.

Lastly, restitution will be aided by him being able to resume being a productive citizen of society.

Respectfully submitted,
MANI BATCHU
By his attorney,

_____
Richard N. Foley, Esq.
55 Market Street 2B
Portsmouth, NH 03801
603.433.1303
Bar No. 553321

/s/ Richard N. Foley

_____
Richard N. Foley, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within SENTENCING MEMORANDUM has been served upon the Government by ECF.

/s/Richard N. Foley